UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BGIS GLOBAL INTEGRATED SOLUTIONS US, LLC, | Case No. C25-2692-RSM |
| Plaintiff, | ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME |
| v. | |
| TMG USA, LLC, | |
| Defendant. | |

THIS MOTION having come before the Court Defendant's Unopposed Motion for Extension of Time ("Motion"); the Court, having reviewed the briefing and otherwise being fully advised in the premises, orders as follows:

Defendant's Motion, Dkt. #12, is GRANTED.

1.      Defendant's response to the Complaint is due March 17, 2026

2.      Deadline for FRCP 26(f) Conference is May 6, 2026.

3.      Initial Disclosures are due May 13, 2026.

4.      Combined Joint Status Report and Discovery Plan is due May 20, 2026.

DATED this 18th day of February, 2026.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFENDANT'S UNOPPOSED
MOTION FOR EXTENSION OF TIME - 1